**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARY C. ENGEL,<br><br>        Plaintiff - Appellant,<br><br>    v.<br><br>MICHAEL BARRY; HAMMER, Deputy<br>Sheriff; SOWLES, Deputy Sheriff;<br>SCOTT SPARKS, Animal Control,<br>County of Sacramento; COUNTY OF<br>SACRAMENTO,<br><br>        Defendants - Appellees. | No. 06-16122<br><br>D.C. No. CV-03-02403-MCE/KJM<br><br>ORDER |

Appeal from the United States District Court
for the Eastern District of California
Morrison C. England, District Judge, Presiding

Argued and Submitted March 11, 2008
San Francisco, California

Before: REINHARDT, HAWKINS[*] and FISHER, Circuit Judges.

The stipulated motion to dismiss with prejudice, filed January 29, 2010, is

**GRANTED.** A certified copy of this order to the District Court shall constitute the

mandate of this Court.

---

[*]Judge Hawkins was drawn to replace Judge Brunetti. He has read the
briefs, reviewed the record and listed to the recording of oral argument.